**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JESSE HOLLIDAY,

Plaintiff,

v.

CONSTANCE REESE, et al,

Defendants.

Civil No. 00-1201 (JMR/ESS)

**ORDER**

---

Because the Court has determined that it does not have personal jurisdiction over the Defendants, as discussed in the Report and Recommendation issued to Judge James M. Rosenbaum this same date, **IT IS HEREBY ORDERED** that this Court's Order to Show Cause dated March 2, 2001 [Docket No. 21] is **VACATED**.

Dated: March 7, 2001

E. S. SWEARINGEN
United States Magistrate Judge

FILED MAR 1 3 2001
CLERK
DEPUTY CLERK