**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

JESSE HOLLIDAY,
Plaintiff,

Civil No. 00-1201 (JMR/ESS)

v.

**ORDER**

CONSTANCE REESE, et al,

Defendants.

---

Based upon the Report and Recommendation by United States Magistrate Judge E.S. Swearingen dated March 7, 2001, the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED that**:

1. Plaintiff's motion for an order of injunction [Docket No. 19] is **DENIED**.

Dated: April 3rd, 2001

JAMES M. ROSENBAUM
United States District Judge

APR - 3 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK